# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:21–cv–09636–AJN–SN

| | |
|---|---|
| Baron et al. v. Amazon Inc. | Date Filed: 11/19/2021 |
| Assigned to: Judge Alison J. Nathan | Date Terminated: 03/28/2022 |
| Referred to: Magistrate Judge Sarah Netburn | Jury Demand: Plaintiff |
| Demand: $5,000,000 | Nature of Suit: 370 Other Fraud |
| Cause: 28:1332 Diversity Action | Jurisdiction: Diversity |

**Plaintiff**

**Mary Baron**
*individually and on behalf of all others similarly situated*

represented by **Spencer Sheehan**
Sheehan & Associates, P.C.
60 Cuttermill Road Ste 412
11021
Great Neck, NY 11021
516–268–7080
Fax: 516–234–7800
Email: spencer@spencersheehan.com
*ATTORNEY TO BE NOTICED*

**Carlos F. Ramirez**
Reese LLP
121 King Street
Suite 8
Chappaqua, NY 10514
914–860–4994
Email: cramirez@milberg.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Calhea Johnson**
*individually and on behalf of all others similarly situated*

represented by **Spencer Sheehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carlos F. Ramirez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Malika McLean**
*individually and on behalf of all others similarly situated*

represented by **Spencer Sheehan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Carlos F. Ramirez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

represented by

| | |
|---|---|
| **Tony Watson**<br>*individually and on behalf of all others*<br>*similarly situated* | **Spencer Sheehan**<br>(See above for address)<br>ATTORNEY TO BE NOTICED<br><br>**Carlos F. Ramirez**<br>(See above for address)<br>ATTORNEY TO BE NOTICED |

V.

**Defendant**

| | |
|---|---|
| **Amazon.com Inc.**<br>*a Delaware corporation* | represented by **Thomas J. Tobin**<br>Perkins Coie LLP<br>WA<br>1201 Third Ave<br>Ste. 4900<br>Seattle, WA 98101<br>206−359−8000<br>Fax: 206−359−9000<br>Email: ttobin@perkinscoie.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/19/2021 | Ï 1 | COMPLAINT against Amazon.com Inc.. (Filing Fee $ 402.00, Receipt Number ANYSDC−25363123)Document filed by Tony Watson, Mary Baron, Malika McLean, Calhea Johnson. (Attachments: # 1 Civil Cover Sheet).(Ramirez, Carlos) (Entered: 11/19/2021) |
| 11/22/2021 | Ï | ***NOTICE TO ATTORNEY REGARDING PARTY MODIFICATION. Notice to attorney Carlos F. Ramirez. The party information for the following party/parties has been modified: Tony Watson, Mary Baron, Malika McLean, Calhea Johnson, Amazon.com Inc.. The information for the party/parties has been modified for the following reason/reasons: party role was entered incorrectly; party text was omitted;. (pc)** (Entered: 11/22/2021) |
| 11/22/2021 | Ï | ***NOTICE TO ATTORNEY REGARDING CIVIL. CASE OPENING STATISTICAL ERROR CORRECTION: Notice to attorney Carlos F. Ramirez. The following case opening statistical information was erroneously selected/entered: Dollar Demand $5,000,000,000; Fee Status code due (due);. The following correction(s) have been made to your case entry: the Dollar Demand has been modified to $5,000,000; the Fee Status code has been modified to pd (paid);. (pc)** (Entered: 11/22/2021) |
| 11/22/2021 | Ï | ***NOTICE TO ATTORNEY REGARDING DEFICIENT CIVIL COVER SHEET. Notice to attorney Carlos F. Ramirez to RE−FILE Document No. 1 Complaint. The filing is deficient for the following reason(s): the event wrong event type was used to file the civil cover sheet; multiple citizenships for the plaintiff were selected. Choose one. Re−file the document using the event type Civil Cover Sheet found under the event list Other Documents and attach the correct PDF. (pc)** (Entered: 11/22/2021) |
| 11/22/2021 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge Paul A. Crotty. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download |

| | | |
|---|---|---|
| | | and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(pc) (Entered: 11/22/2021) |
| 11/22/2021 | Ï | Magistrate Judge Sarah Netburn is so designated. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (pc) (Entered: 11/22/2021) |
| 11/22/2021 | Ï | Case Designated ECF. (pc) (Entered: 11/22/2021) |
| 11/23/2021 | Ï | NOTICE OF CASE REASSIGNMENT to Judge Alison J. Nathan. Judge Paul A. Crotty is no longer assigned to the case. (vba) (Entered: 11/23/2021) |
| 11/23/2021 | Ï 2 | CIVIL COVER SHEET filed..(Ramirez, Carlos) (Entered: 11/23/2021) |
| 12/06/2021 | Ï 3 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non−dispositive pretrial motions, and settlement). Referred to Magistrate Judge Sarah Netburn. SO ORDERED. (Signed by Judge Alison J. Nathan on 12/3/2021) (vfr) (Entered: 12/06/2021) |
| 01/05/2022 | Ï 4 | NOTICE OF APPEARANCE by Spencer Sheehan on behalf of Mary Baron, Calhea Johnson, Malika McLean, Tony Watson..(Sheehan, Spencer) (Entered: 01/05/2022) |
| 01/10/2022 | Ï 5 | WAIVER OF SERVICE RETURNED EXECUTED. Amazon.com Inc. waiver sent on 12/27/2021, answer due 2/25/2022. Document filed by Tony Watson; Mary Baron; Malika McLean; Calhea Johnson..(Ramirez, Carlos) (Entered: 01/10/2022) |
| 02/23/2022 | Ï 6 | NOTICE OF APPEARANCE by Thomas J. Tobin on behalf of Amazon.com Inc...(Tobin, Thomas) (Entered: 02/23/2022) |
| 02/23/2022 | Ï 7 | JOINT LETTER MOTION for Extension of Time to File *a Response to the Plaintiffs' First Amended Complaint* addressed to Judge Alison J. Nathan from Thomas J. Tobin dated February 23, 2022. Document filed by Amazon.com Inc...(Tobin, Thomas) (Entered: 02/23/2022) |
| 02/25/2022 | Ï 8 | ORDER granting 7 Letter Motion for Extension of Time to File The parties' request is GRANTED. Defendant's response to the Complaint is due no later than March 28, 2022. (HEREBY ORDERED by Magistrate Judge Sarah Netburn)(Text Only Order) (sl) (Entered: 02/25/2022) |
| 03/25/2022 | Ï 9 | FIRST MOTION to Transfer Case *to the U.S. District Court for the Western District of Washington*. Document filed by Mary Baron, Calhea Johnson, Malika McLean, Tony Watson..(Ramirez, Carlos) (Entered: 03/25/2022) |
| 03/28/2022 | Ï 10 | MEMO ENDORSEMENT granting 9 Motion to Transfer Case. ENDORSEMENT: IT IS SO ORDERED. (Signed by Judge Alison J. Nathan on 3/28/2022) (vfr) Transmission to Office of the Clerk of Court for processing. (Entered: 03/28/2022) |
| 03/28/2022 | Ï | CASE TRANSFERRED OUT ELECTRONICALLY from the U.S.D.C. Southern District of New York to the United States District Court − District of Western District of Washington. (va) (Entered: 04/04/2022) |